Paul Kingston, appearing in *propria persona*

11 Silvercreek Ln, Ballwin, MO 63011

Phone: (314)601-4662

E-mail: Picasso.dilly@gmail.com

FILED

MAR 14 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ,United States of America<br><br>              Plaintiff,<br><br>        v.<br><br>,Paul Kingston<br><br>              Defendant. | **Case Nos**. U.S. District - 2:25-cr-00047-DC<br><br>              Magistrate – 3:24-po-00182-DMC<br><br>NOTICE OF PAYMENT TO CVB, INTENTION TO CONTINUE CHALLENGE TO GUILTY VERDICT, AND UNAVAILABILITY FOR IN PERSON HEARINGS DURING JUNE AND JULY<br><br>              Hearing Set: 9:30 AM, May 16, 2025 under the Honorable District Judge Dena M. Coggins. |

        PLEASE TAKE NOTICE, that on March 13, 2025- I, defendant, Paul Kingston, acting in *propria persona*, would like to inform the court and all interested parties that-

1- As I was unable to obtain clear guidance as to whether non-payment of the fine ($250) assessed with my guilty verdict in the bench trial held on February 6, 2025 would result in late fees or further liability, I arranged payment online to the CVB (see attached printouts of receipt and confirmation of payment email).

2- This action was NOT intended as a forfeiture of my case, and I DO intend to continue my challenge to my guilty verdict. But I will not seek the return of this payment unless or until my efforts prove successful and the verdict is

1 Notice of Payment, continued challenge to verdict, and unavailability during June and July

overturned so that the court need not be concerned with non-payment if it isn't.

3- During the months of June and July, I will be preparing for and participating in the 2025 Annual Rainbow Gathering and Prayer for Peace- to take place in Missouri, Arkansas, or Oklahoma according to the consensus of the 2024 "Vision Counsel" from the 2024 Annual Rainbow Gathering in California. This is an exercise of my deeply held spiritual convictions surrounding peace and community- and being compelled to appear in person in California would violate my right to this exercise of my spiritual convictions. If I am informed of the time prior to June 1, 2025, I am willing to appear by teleconference during the months of June or July, but not July 1-7, 2025 as those days represent the most important period of my personal "prayer for peace."

Respectfully submitted,

Paul Kingston,

x _PAUL KINGSTON_

Date: 3-13-2025

2 Notice of Payment, continued challenge to verdict, and unavailability during June and July

3/13/25, 11:35 AM                    Gmail - Payment of a US District Court Violation Notice.

Case 2:25-cr-00047-DC    Document 40    Filed 03/14/25    Page 3 of 6

 Gmail                                      **Paul Kingston <picasso.dilly@gmail.com>**

## Payment of a US District Court Violation Notice.
1 message

**info@cvb.uscourts.gov** <info@cvb.uscourts.gov>                      Wed, Mar 5, 2025 at 3:15 PM
To: picasso.dilly@gmail.com

Greetings,

This email is a receipt from the Central Violations Bureau for the payment of a U.S. District Court Violation Notice.  The payment was as follows:

CVB Location Code: CA39
CVB Violation Number: F5313773
Transaction Amount: $250
Transaction Status: SUCCESS
Transaction Date: 03/05/2025
Defendant Name: KINGSTON, PAUL T
Pay.Gov Tracking ID: 27M7C8JS

If you paid by credit card, charges will appear as WWW.CVB.USCOURTS.GOV on your credit card statement.  This transaction will be applied to your case one business day following your payment.  If you have any questions, please contact the Central Violations Bureau at 800-827-2982.

Thank you for your payment.

 An official website of the United States government
Here's how you know

# Central Violations Bureau

MENU

# Payment Transaction Complete

Thank you for your payment. It will be posted to the CVB system the next business day by 5 p.m. CT.

**Violation:** CA39-F5313773

**Pay.Gov Tracking ID:** 27M7C8JS

**CVB Tracking ID:** CA39.F5313773.215570

**Transaction Amount:** $250

**Transaction Status:** SUCCESS

**Transaction Date:** 03/05/2025 18:02:07 EST

Listen to This Page

**Make Another Payment**

**Print Payment Confirmation**

**Please note that credit card charges will appear as "WWW.CVB.USCOURTS.GOV" on your credit card statement.** Your receipt is this confirmation page. Please print a copy for your records. Contact CVB if you have any questions.

**Contact CVB**

**Privacy Policy**

# Central Violations Bureau

## Hours of Operation:

Monday - Friday (8 a.m. to 6 p.m. Central Time)

Phone: (800) 827-2982 or (210) 301-6400
Email: info@cvb.uscourts.gov

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the federal Judiciary. The purpose of this site is to provide information about the U.S. District Court Violation Notice process.