Paul Kingston, appearing in *propria persona*

11 Silvercreek Ln, Ballwin, MO 63011

Phone: (314)601-4662

E-mail: Picasso.dilly@gmail.com

**FILED**

AUG 2 5 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ,United States of America<br><br>                    Plaintiff,<br><br>        v.<br><br>,Paul Kingston<br><br>                    Defendant. | **Case Nos**. U.S. District - 2:25-cr-00047-DC<br><br>                    Magistrate – 3:24-po-00182-DMC<br><br>DECLARATION OF DEFENDANT, re ALLEGED 'FOOTPRINT' OF RAINBOW GATHERING<br><br>        Hearing Date: TBD under the Honorable District Judge Dena M Coggins |

I, Paul Kingston, declare as follows-

1) As I arrived at the site of the 2024 Annual Rainbow Gathering when it began, and was among the last people to leave- I have firm and authoritative knowledge of the area where it happened.

2) When referring to a map or a Forest Service Map- I am discussing the edited map presented as Exhibit A with my Appellate brief and Exhibit A with my response to the government's omnibus opposition to my post-trial motions.

3) There was a small pond that was marked on maps of the site and is marked on the maps presented by the government. No Gathering participants camped or parked to the west of this pond.

1 KINGSTON/ Declaration of Defendant RE 'Footprint'

4) No portion of the Rainbow Gathering, including parking was along FS Road 28 N 02, or within visible distance of that road.

5) North of FS Road 28 N 15, the Rainbow Gathering only extended about a hundred feet for parking and roadside camps. The only exceptions were a dirt road not marked in the Forest Service Map that ran north at the eastern edge of the Rainbow Gathering-where there was parking; and two small tributaries also not marked on the accompanying map which is where the water used by Gathering participants came from.

6) Based on the above facts I know from direct experience, I outlined the area occupied by Rainbow Gathering participants and infrastructure in red on the map accompanying this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Paul Kingston,

x _PAUL KINGSTON_____

Date: _August 21, 2025_

2 KINGSTON/ Declaration of Defendant RE 'Footprint'

Paul Kingston, appearing in *propria persona*

11 Silvercreek Ln, Ballwin, MO 63011

Phone: (314)601-4662

E-mail: Picasso.dilly@gmail.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ,United States of America<br><br>            Plaintiff,<br><br>    v.<br><br>,Paul Kingston<br><br>            Defendant. | **Case Nos.** U.S. District - 2:25-cr-00047-DC<br><br>            Magistrate – 3:24-po-00182-DMC<br><br>PROOF OF SERVICE |

I, the undersigned, hereby certify that on ___August 21___, 20 _25_ , I served

copies of the following: One (1) Appellate Brief
    One (1) Omnibus Response to Opposition to·
One (1) Motion to Proceed on Record post-trial motions
    One (1) Declaration
By placing said copies in an envelope addressed to the people hereinafter listed, handing

that envelope to a Post Office employee, and paying the postage.

Individuals/ entities served: US Attorney's Office
    Attn: Zulkar Khan, AUSA
        Heiko Coppola, AUSA
        501 I Street 10th Floor
            Sacramento, CA 95814
I declare under penalty of perjury that the foregoing is true and correct.

    x PAUL KINGSTON

1 Proof of Service